UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-445-T-24TBM

GUSTAVO ENRIQUE LLANOS MIRANDA

**UNITED STATES'S INFORMATION AND**
**NOTICE OF PRIOR CONVICTION**

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, files this Information and Notice of the defendant's prior conviction pursuant to 21 U.S.C. §§ 851 and 960(b)(1)(B), and states that:

1. On or about September 19, 2017, the defendant was charged in an Indictment with the following: (1) conspiracy to distribute and to possess with intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii) ("Count One"); and (2) possessing with intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii) ("Count Two"). Doc. 51.

## PRIOR FELONY DRUG CONVICTION

2. On or about April 22, 2002, the defendant was convicted of felony importation of cocaine, in violation of 21 U.S.C. §§ 952(a) and 960(b)(3), in Case No. 01-cr-834, in the United States District Court for the Eastern District of New York.

3. Said conviction is a prior conviction within the meaning of 21 U.S.C. § 851, which mandates an increased sentence under 21 U.S.C. § 960(b)(1)(B).

## ENHANCED PENALTIES

4. Upon conviction of any of the offenses alleged in Counts One or Two of the Indictment, 21 U.S.C. §§ 851 and 960(b)(1)(B) provide the following enhanced penalties because of the above prior felony drug conviction, as well as this Information and Notice: a mandatory minimum term of imprisonment of 20 years up to life; a fine not to exceed $20,000,000; and a term of supervised release of at least 10 years up to life.

## CONCLUSION

5.  The conviction described above constitutes a prior felony drug conviction. Accordingly, 21 U.S.C. §§ 851 and 960(b)(1)(B) mandate the increased penalties described in this Information and Notice.

>Respectfully submitted,
>
>W. STEPHEN MULDROW
>Acting United States Attorney

By: */s/ Taylor G. Stout*
Taylor G. Stout
Assistant United States Attorney
United States Attorney No. 171
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: taylor.stout@usdoj.gov

U.S. v. Gustavo Enrique Llanos Miranda   Case No. 8:17-cr-445-T-24TBM

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel L. Castillo, Esquire

/s/ Taylor G. Stout
Taylor G. Stout
Assistant United States Attorney
United States Attorney No. 171
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:      taylor.stout@usdoj.gov