

**United States Department of State**

*Washington, D.C. 20520*

November 03, 2017

### CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING MOTOR TANKER FAT CROW (WITHOUT NATIONALITY) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) – 2017957670

I, Commander Francis J. DelRosso, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since July 13, 2016.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§ 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

   a. On August 24, 2017, United States law enforcement personnel detected the motor vessel FAT CROW in approximate position 15° 29' N 086° 37' W, seaward of the territorial sea of any State. United States law enforcement personnel reasonably suspected the vessel of illicit drug trafficking. United States law enforcement officials conducted right-of-approach questioning, during which the master made a verbal claim of Togolese nationality for the vessel.

   b. On August 24, 2017, pursuant to Article 17 of the United Nations Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances (1988), the Government of the United States requested that the Government of the Togolese Republic confirm the vessel's registry, and if confirmed, grant authorization to board and search the vessel.

   c. On August 25, 2017, Togolese officials authorized the boarding and search of the FAT CROW. United States law enforcement officials found approximately 1,800 kilograms of contraband, which tested positive as cocaine, onboard the FAT CROW.

   d. On August 29, 2017, the Government of the Togolese Republic confirmed the vessel's registry.

18005269-1

# United States of America



## DEPARTMENT OF STATE

### To all to whom these presents shall come, Greetings:

I Certify That Francis J. DelRosso, whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same Commander, U.S. Coast Guard Maritime Law Enforcement Officer, Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, Department of State, United States of America, and that full faith and credit are due to his acts as such.

*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this second day of November, 2017.

*Issued pursuant to CHXIV, ... of Sept. 15, ..., 1 Stat. 68-...; USC 26..., ...USC 2651a; ... 301; 28 ... 733 et. seq.; ... 1443(f); ... 44 Federal R... Civil Pro...*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

e. On September 1, 2017, pursuant to Article 17 of the United Nations Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances (1988), the Government of the United States requested that the Government of the Togolese Republic waive its primary right to exercise jurisdiction over the FAT CROW, its cargo, and its crew to the extent necessary for the enforcement of United States law.

f. On September 12, 2017, the Government of the Togolese Republic consented to the enforcement of United States law on the vessel and crew of the FAT CROW.

g. Accordingly, the Government of the United States determined the vessel was subject to the jurisdiction of the United States, pursuant to 46 U.S.C. § 70502(c)(1)(C).

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 03, 2017.

Francis J. DelRosso
Commander, U. S. Coast Guard
Maritime Law Enforcement Officer
U. S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U. S. Department of State