Inmate Name: Jair Mendoza Montoya
Register Number: 69362-018
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837



HARRISBURG PA 173
WED 18 MAY 2022 PM

SCREENED BY USMS

Clerk of the Court office
United States District Court
for the Middle District of Florida
801 N. Florida Avenue
Tampa, FL. 33602-3899.



Legal Mail.

MAY 18 2022
RWE



U.S. PENITENTIARY
P.O. BOX 1000
LEWISBURG, PA 17837

DATE _____

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."