| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |
|---|---|---|---|---|---|
| ARIEL BOLANOS, FRANCISCO | 52034004 | | 03/21/2019 | 05/29/1945 | M |

**Allergies:** No Known Allergies ( Unknown Reaction )

**Diagnosis:** Anemia, unspecified, Secondary hypertension, unspecified, Bradycardia, unspecified, Nonspecific low blood-pressure reading, Syncope and collapse, Hyperglycemia, unspecified

## Medication Orders

Order No: 14156724 | Order Status: Submitted | Written | Submit Date: 02/25/2020 09:35 | Start Date: 02/25/2020 18:00 | End Date: 08/23/2020 17:59

metoprolol tartrate 50 mg tablet: give 1 tablet by mouth BID AM & HS for 180 days. KOP. Ordering Provider: DonaldHubbard

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18:00 | init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Discontinued

### Medication Orders

Order No: 12911699 | Order Status: Completed 04/08/2020 05:59 | Written | Submit Date: 10/08/2019 15:39 | Start Date: 10/09/2019 08:00 | End Date: 04/08/2020 05:59

amlodipine 10 mg tablet: give 1 tablet by mouth Q AM for 180 days (Per Transcription) KOP. Ordering Provider: AdamSterlace

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 12911698 | Order Status: Completed 04/08/2020 05:59 | Written | Submit Date: 10/08/2019 15:39 | Start Date: 10/09/2019 08:00 | End Date: 04/08/2020 05:59

aspirin 81 mg chewable tablet: give 1 tablet by mouth Q AM for 180 days (Per Transcription) KOP. Ordering Provider: AdamSterlace

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 12974827 | Order Status: Completed 04/12/2020 23:59 | Written | Submit Date: 10/15/2019 11:26 | Start Date: 10/16/2019 00:00 | End Date: 04/12/2020 23:59

meloxicam 15 mg tablet: give 1 tablet by mouth Q AM for 180 days KOP. Ordering Provider: DonaldHubbard

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| | | | |

## Gastrointestinal Symptoms

Interpreted by: **R. Lujan**  ☑ Spanish ☐ Other: _____  ☐ Not Applicable
Date: **5/19/2020**  Time: **2237**

**Report per Patient:**
"I'm having bad abdominal pain. It comes and goes"

**Subjective:** Onset: **X2 weeks**  ☐ Constant ☑ Intermittent

Location: ☐ Right Upper Quadrant  ☐ Right Lower Quadrant  ☐ Left Upper Quadrant  ☑ Left Lower Quadrant
☐ Midline: Upper or Lower

Type: ☐ Sharp ☑ Dull ☑ Cramps ☐ Radiates to: _____

Last Bowel Movement: **today**  ☐ Normal ☑ Constipation ☐ Diarrhea for ____ stools
Color Change: ☐ Yes ☑ No

Associated Symptoms: ☑ Nausea ☐ Vomiting ☐ Painful Urination ☐ Back or Leg Pain ☐ Other _____

Last Food Eaten: **sandwich**  When: **tonight**

Pain Scale: (1-10) **4**   0  2  4  6  8  10

## Objective:
Vital Signs: Temperature **97⁶** Pulse **87** Respirations **16** Blood Pressure **152/84** Weight __—__

General Appearance: ☑ No Acute Distress  ☐ Acute Distress: _____
Color: ☑ Pink  OR  ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced
Skin: ☑ Warm & Dry  OR  ☐ Cool ☐ Moist/Clammy
Turgor: ☑ Elastic  OR  ☐ Decreased
Mucous Membranes: ☑ Moist  OR  ☐ Dry ☐ Parched
Lower Extremities: ☑ Normal Color / Pedal Pulses Present  OR  ☐ OTHER _____
Abdomen: ☑ Flat, Soft, Bowel Sounds Present X 4 Quadrants  OR  ☐ OTHER _____
Pain Induced/Increased with: ☑ Gentle Abdominal Palpation  ☐ Walking  ☐ Not Applicable
Is Rebound Tenderness Present?: ☐ Yes ☑ No

Lung Sounds:  Right   Left   Heart Sounds:    Urinalysis Results: _____
  ☑ Clear ☑    ☑ Normal
  ☐ Crackles ☐  ☐ Muffled
  ☐ Wheezing ☐
  ☐ Rhonchi ☐
  ☐ Diminished ☐

## Assessment Decision:
Does the patient have any of the following objective findings present?
☐ Temperature greater than 101 or Pulse greater than 100 (must have additional narrative note)
☐ Distended or Rigid abdomen
☐ Persistent Nausea/Vomiting
☐ Blood Pressure less than 90 systolic
☐ Severe pain or rebound tenderness
☐ Bloody, tarry stools
☐ Mottled, cyanotic/pulseless lower extremities
☐ Bloody, coffee ground emesis, projectile vomiting

**If Yes:** → **Contact Provider Immediately!**

Date & Time Contacted: _____  Person Contacted: _____
☐ See Order  ☐ See Progress Note  ☐ No further orders received  ☐ follow up scheduled for _____

Inmate Name: **Ariel Bolanos, Francisco**  ID # **52034-004**  Allergies: **NKDA**
Physicians Network Association
Revised 8/08                                                                                 FACILITY **RCDC 3**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |
|---|---|---|---|---|---|
| ARIEL BOLANOS, FRANCISCO | 52034004 | | 03/21/2019 | 05/29/1945 | M |

**Allergies:** No Known Allergies ( Unknown Reaction )

**Diagnosis:** Anemia, unspecified, Type 2 diabetes mellitus with hyperglycemia, Secondary hypertension, unspecified, Bradycardia, unspecified, Nonspecific low blood-pressure reading, Syncope and collapse, Hyperglycemia, unspecified

## Medication Orders

**Order No:** 14395277　**Order Status:** Submitted　**Written**　**Submit Date:** 03/24/2020 09:37　**Start Date:** 04/06/2020 08:00　**End Date:** 10/03/2020 05:59

amlodipine 10 mg tablet: give 1 tablet by mouth Q AM for 180 days. (Per Transcription) KOP. Ordering Provider: AdamSterlace

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* |

**Order No:** 14395278　**Order Status:** Submitted　**Written**　**Submit Date:** 03/24/2020 09:37　**Start Date:** 04/06/2020 08:00　**End Date:** 10/03/2020 05:59

aspirin 81 mg chewable tablet: give 1 tablet by mouth Q AM for 180 days. (Per Transcription) KOP. Ordering Provider: AdamSterlace

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* |

**Order No:** 14395276　**Order Status:** Submitted　**Written**　**Submit Date:** 03/24/2020 09:37　**Start Date:** 04/13/2020 08:00　**End Date:** 10/10/2020 05:59

meloxicam 15 mg tablet: give 1 tablet by mouth Q AM for 180 days. KOP. Ordering Provider: AdamSterlace

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* |

## Discontinued

### Medication Orders

**Order No:** 14159724　**Order Status:** Completed 08/23/2020 17:59　**Written**　**Submit Date:** 02/25/2020 09:35　**Start Date:** 02/25/2020 18:00　**End Date:** 08/23/2020 17:59

metoprolol tartrate 50 mg tablet: give 1 tablet by mouth BID AM & HS for 180 days. KOP. Ordering Provider: DonaldHubbard

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | Init | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18:00 | Init | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| | | | |

Before completing this sheet, please review Program Statement 5050.50, Compassionate Release/Reduction In Sentence, available in the law library.

## COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

NAME: Ariel Francisco   UNIT: 5711   REG#: 52034-004   DATE: 5-7-2022

Who is your Physician (circle): Patel   Scausa   Sood   Chinwalla   **UNKNOWN**

Choose One Criteria: You can only apply under _one_ criteria.

| Extraordinary/Compelling Circumstances: |
|---|
| ___Medical Circumstances |
|   ___Terminal Medical Condition- Terminal Diagnosis with 18 months or less life expectancy. |
|   ___Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled. |
| ✓ Elderly Inmates |
|   ___"New Law" Elderly Inmates – 70 years old or older, and served 30 years or more of sentence. |
|   ✓ Elderly with Medical Conditions – 65 years old or older and served at least 50% of sentence. |
|   ___Other Elderly Inmate- 65 years or older and served at least 75% of sentence or the greater of 10 years. |
| ___Death or Incapacitation of the Family Member Caregiver of an inmate's dependent child- provide verifiable documentation the child is "suddenly" without a caretaker, the family member is in an incapacitated state and unable to care for the child. |
| ___Incapacitation of a Spouse or Partner – provide verifiable medical documentation of incapacitated state. |

To be completed by inmate:

| Briefly describe your medical condition or non-medical circumstance: |
|---|
| Hypertension, type 2 Diabetes |

If you have applied before, has anything changed in your medical condition since your last application (if so, describe):

**Proposed Release Plan (Must have ALL of the following):**

Name and contact information of who you will live with, and the last time you spoke to this person about your release plan: my family in Colombia, Today.

Address of where you will be living: Palmira Valle Colombia

Where will you receive medical treatment (if applicable): Local Hospital

How will you pay for your medical treatment (if applicable): Family

Additional Comments:

Updated 6/30/2020