UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-445-SCB-CPT

MARIO JOSE ACUNA GARCIA

### MOTION BY THE UNITED STATES FOR REDUCTION IN SENTENCE PURSUANT TO FED. R. CRIM. P. 35(b)

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, pursuant to Fed. R. Crim. P. 35(b), hereby moves for a sentence reduction of two (2) levels for the above-referenced defendant and further states:

1. Acuna Garcia was initially sentenced by this Honorable Court on March 17, 2018, to eighty-seven (87) months' imprisonment. Docs. 64, 65.

2. Since his March 17, 2018 sentencing, Acuna Garcia continued to cooperate with law enforcement. Specifically, Acuna Garcia provided information on Hector Fabio Garcia Vengohechea, an individual involved in organizing the smuggling venture that resulted in the arrest of Acuna Garcia. Acuna Garcia's information was used by the United States to obtain an indictment in the Middle District of Florida against Garcia-Vengohechea, *United States v. Hector Fabio Garcia Vengohechea,* Case No.8:18-cr-595-SDM-AAS. Garcia Vengohechea has been apprehended, extradited, convicted and sentenced. Acuna Garcia's cooperation has been completed and the United States considers this cooperation to be substantial

assistance within the meaning of Fed. R. Crim. P. 35(b)(1)(B).

3. The United States recommends a two (2) level departure which, if granted, would place the defendant in a guideline range of 70-87 months (Total Offense Level: 27, Criminal History Category I).

WHEREFORE, the United States respectfully urges this Honorable Court to grant this motion.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By: */s/ Joseph K. Ruddy*
    Joseph K. Ruddy
    Assistant United States Attorney
    United States Attorney No. 037
    400 N. Tampa St., Ste. 3200
    Tampa, FL 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6125
    Email: Joseph.Ruddy@usdoj.gov

U.S. v. Mari Jose Acuna Garcia    Case No. 8:17-cr-445-SCB-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, a true and correct copy of the foregoing document by using the U.S. mail and CM/ECF system with the Clerk of Court, to the following:

>Mario Jose Acuna Garcia
>BOP Reg. 69360-018
>Butner Federal Medical Center
>P.O. Box 1600
>Butner, NC 27509

>*/s/ Joseph K. Ruddy*
>Joseph K. Ruddy
>Assistant United States Attorney
>United States Attorney No. 037
>400 N. Tampa St., Ste. 3200
>Tampa, FL 33602-4798
>Telephone: (813) 274-6000
>Facsimile: (813) 274-6125
>Email: Joseph.Ruddy@usdoj.gov