UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:17-cr-445-SCB-CPT

MARIO JOSE ACUNA GARCIA

_____/

## **O R D E R**

Before the Court is the Government's Rule 35(b) motion for sentence
reduction. For the reasons stated below, the motion is granted.

On March 13, 2018, Defendant was sentenced to 87 months of imprisonment
after pleading guilty to the offense of conspiracy to distribute and possess with
intent to distribute five kilograms or more of cocaine while on board a vessel
subject to the jurisdiction of the United States. (Docs. 95, 129, 221). Although
Defendant's offense carried a ten-year mandatory minimum sentence and his
guideline imprisonment range was 135-168 months, Defendant received a four-
level departure after the Court granted the Government's 5K1.1 motion. (Doc.
223).

Federal Rule of Criminal Procedure 35(b) provides that a district court may
reduce a defendant's sentence after sentencing if the government files a motion for
a sentence reduction based on the defendant's substantial assistance in
investigating or prosecuting another person. Fed. R. Crim. P. 35(b). The

Government has filed a motion recommending a two- level downward departure to a sentence in a guideline range of 70-87 months. The Motion is Granted. Defendant's sentence is reduced to a sentence of 70 months in the Bureau of Prisons with the remainder of the terms and conditions of his supervised release being the same. (The Court notes that according to the Federal Bureau of Prisons, Mario Jose Acuna Garcia was released on February 16, 2023.)

Accordingly, the Government's motion is Granted. The deputy clerk shall prepare an amended judgment.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of February 2023.

_____
SUSAN C. BUCKLEW
United States District Judge